**Alton ROBINSON, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,**
**Respondent.**

No. 04–3108.

United States Court of Appeals,
Federal Circuit.

March 24, 2004.

Alton Robinson, of Counsel, Hickory Ridge, AR, for Petitioner.

Cristina C. Ashworth, Bryant G. Snee, David M. Cohen, of Counsel, Washington, DC, for Respondent.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Matthew STRONG, Jr., Petitioner,**

v.

**DEPARTMENT OF DEFENSE,**
**Respondent.**

No. 04–3074.

United States Court of Appeals,
Federal Circuit.

March 24, 2004.

Richard P. Schroeder, Principal Attorney, Kathryn A. Bleecker, David M. Cohen, of Counsel, Washington, DC, for Respondent.

Matthew Strong, Jr., of Counsel, Cordova, TN, for Petitioner.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.